IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENEFICIAL EQUIPMENT FINANCE CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> REM NATION PLLC and THEODORE BASH, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 18-00308 |

# ORDER

**AND NOW**, this 6th day of November, 2018, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 23), Defendants' Response (ECF No. 24) and Plaintiff's Reply (ECF No. 25), it is **ORDERED** that Plaintiff's Motion is **GRANTED**.

Plaintiff's Proposed Amended Complaint (ECF No 23-2) is deemed filed as of the date of this order.

BY THE COURT:

***/s/ Gerald J. Pappert***

GERALD J. PAPPERT, J